AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JACQUELYN S. PARTLOW,

        Plaintiff,

                                **JUDGMENT IN A CIVIL CASE**

vs.

                                **CASE NO. C2-11-066**

**COMMISSIONER OF SOCIAL**        **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**                                 **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

        **Defendant.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Opinion and Order filed March 20, 2012, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security for further consideration. This case is DISMISSED.**

Date: March 23, 2012                                 JAMES BONINI, CLERK

                                                     */S/ Andy F. Quisumbing*
                                                     (By) Andy F. Quisumbing
                                                     Courtroom Deputy Clerk